IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  3:15-MJ-858-BF |
| FLORIBERTO ESPINOZA-SOSA | |

# **MOTION FOR DETENTION**

The United States moves for detention of defendant, **Floriberto Espinoza-Sosa**, pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. §3143(a).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

    ____  Crime of violence (18 U.S.C. §3156);

    ____  Maximum sentence life imprisonment or death

    ____  10 + year drug offense

    ____  Felony, with two prior convictions in above categories

    __X__  Serious risk defendant will flee

    ____  Serious risk obstruction of justice

    ____  Felony involving a minor victim

    ____  Felony involving a firearm, destructive device, or any other

          dangerous weapon

    ____  Felony involving a failure to register (18 U.S.C. § 2250)

    __X__  Petition for Supervised Release Revocation was filed

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

      X   Defendant's appearance as required

      X   Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States **will**/will not invoke the rebuttable presumption against defendant because (check one or both):

      _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

      _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

      _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

      _____ Previous conviction for "eligible" offense committed while on pretrial bond

       X   Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

      _____ At first appearance

       X   After continuance of    3    days (not more than 3).

**Motion for Detention - Page 2**

DATED this   20th   day of   November  , 2015.

                                  Respectfully submitted,

                                  JOHN R. PARKER
                                  UNITED STATES ATTORNEY

                                  */s/ Lea A. Carlisle*
                                  LEA A. CARLISLE
                                  Assistant United States Attorney
                                  State Bar No. 24031793
                                  1100 Commerce Street, Third Floor
                                  Dallas, Texas 75242-1699
                                  Telephone: 214-659-8600
                                  Facsimile: 214-659-8803
                                  Email: Lea.Carlisle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this   20th   day of     November  , 2015.

                                  */s/ Lea A. Carlisle*
                                  LEA A. CARLISLE
                                  Assistant United States Attorney